UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL A. WILLNER,** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **JAMES DIMON,** *et al.*, <br><br> *Defendants*. | Civil Action No. 1:15-cv-01840 (CRC) |

## ORDER

This matter came before the Court on the Plaintiffs' Joint Motion to Alter or Amend Judgment. Upon consideration of the request stated therein, and for good cause shown, it is hereby

**ORDERED** that the Plaintiffs' Joint Motion to Alter or Amend Judgment is **GRANTED.**

**IT IS SO ORDERED.**

Entered this _____ day of _____, 2017.

_____
Hon. Christopher R. Cooper,
United States District Court Judge